[Civ. No. 669.    Third Appellate District.—December 27, 1909.]

XAVIER FISHER, Respondent, v. WESTERN FUSE AND EXPLOSIVES COMPANY, Appellant.

APPEAL FROM JUDGMENT—MOTION TO DISMISS FOR FAILURE TO FILE TRANSCRIPT IN TIME — STIPULATED FILING.—The motion to dismiss the appeal from the judgment in this case is denied for the reasons set forth in the opinion in case No. 672, *supra.*

MOTION to dismiss appeal from a judgment of the Superior Court of Alameda County.    F. B. Ogden, Judge.

The facts are stated in the opinion of the court in case No. 672, *supra.*

G. R. Lukens, for Appellant.

Reed & Nusbaumer, M. C. Chapman, A. A. Moore, and Stanley Moore, for Respondent.

CHIPMAN, P. J.—For the reasons set forth in the opinion in No. 672, *ante,* p. 299, [107 Pac. 332], the motion to dismiss the appeal from the judgment is denied.

Hart, J., and Burnett, J., concurred.